■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HAYES, Appellant. (Appeal No. 2.) [832 NYS2d 852]—Ap-

peal from a judgment of the Oneida County Court (Patrick L. Kirk, J.), rendered December 16, 2004. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree and attempted arson in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Hayes* (39 AD3d 1173 [2007]). Present—Gorski, J.P., Martoche, Smith, Lunn and Pine, JJ.